JS-6

PAUL D. SUPNIK [SBN 52842]
paul@supnik.com
9401 Wilshire Blvd., Suite 1250
Beverly Hills, CA 90212
Telephone: 310-859-0100
Facsimile: 310-388-5645

Attorney for both Plaintiffs
and both Counter-Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINICA MEDICA SAN MIGUEL, I.P.A. MEDICAL GROUP, etc. et al. <br><br> Plaintiffs, <br><br> v. <br><br> CLINICA MEDICA SAN MIGUEL, INC., etc. et al., <br><br> Defendants. <br> _____ <br><br> AND RELATED COUNTERCLAIM <br> _____ | Case No.: 8:13-cv-01674 DOC (DFMx) <br><br> **JUDGMENT [19]** |

Defendants and counterclaimants in the above entitled action, having served upon the plaintiffs and counterdefendants an offer to allow judgment to be taken against them under Federal Rule of Civil Procedure Rule 68 as hereinafter set forth and plaintiffs  and counterdefendants having within 14 days after service thereof served and filed written notice upon the defendants and counterclaimants, that the offer was accepted and that the said offer and notice of acceptance and proof of service here of having been filed by the plaintiffs and counterdefendants,

1

IT IS HEREBY ORDERED AND DECREED that:

1. Judgment in favor of Plaintiffs CLIN1CA MEDICA SAN MIGUEL, I.P.A. MEDICAL GROUP, a medical corporation, and MAHFOUZ M. MICHAEL, M.D., INC., a California corporation (referred to hereinafter as "PLAINTIFF") against DEFENDANT in the amount of $1,200.00, in full settlement of Plaintiff's claims in this action, including any and all claims for attorneys' fees and costs asserted by Plaintiff in this action.

2. DEFENDANT hereby forever waives and relinquishes any legal priority, under common law or otherwise, in the use of the mark CLIN1CA MEDICA SAN MIGUEL, and agrees not to make use of the mark in the future.

3. DEFENDANT agrees never to file an interference action or take any other action with the U.S. Trademark Office or otherwise to invalidate PLAINTIFF'S ownership and registration of the mark CLIN1CA MEDICA SAN MIGUEL.

4. DEFENDANT and their agents, employees and representatives and all persons in active concert or participation with DEFENDANT who receive notice hereof shall immediately cease from:

(a) Selling, offering for sale, advertising, promoting or displaying the mark CLIN1CA MEDICA SAN MIGUEL in connection with the offering for sale, sale, advertising or promotion of health care services or spa services;

(b) Imitating, copying, or making unauthorized use of the mark CLIN1CA MEDICA SAN MIGUEL;

(c) Selling, advertising, promoting any service in connection with any simulation, reproduction, counterfeit, copy or colorable imitation of the mark CLINICA MEDICA SAN MIGUEL;

JUDGEMENT

(d) Using the mark CLIN1CA MEDICA SAN MIGUEL, or any simulation, reproduction, counterfeit, or copy thereof in connection with the promotion, advertisement, display, sale, offering for sale of any service in such fashion as to relate or connect, or tend to relate or connect, such service in any way to PLAINTIFF or to any services or goods sold, manufactured, sponsored, approved by or connected with PLAINTIFF;

(e) Using any false designation of origin or false description, or performing any act which is likely to lead members of the trade or public to believe that any infringing services manufactured, distributed or sold by DEFENDANT are in any manner associated or connected with PLAINTIFF, or are sold, manufactured, licensed, sponsored, approved or authorized by PLAINTIFF;

(f) Engaging in any other activity constituting infringement of the mark CLINICA MEDICA SAN MIGUEL;

(g) Instructing, assisting, aiding or abetting any other person or entity in engaging in or performing any of the activities referred to in subparagraphs (a) through (f) above.

5. DEFENDANT, immediately upon entry of judgment in this matter or as soon thereafter as reasonably practicable, shall:

(a) Destroy all plaques, posters, signs, labels, hang-tags, packages, wrappers, receptacles, advertisements and advertising materials, web pages, and other merchandise and matter bearing the mark CLINICA MEDICA SAN MIGUEL;

(b) Remove all signage from the exterior of its business locations containing the mark CLINICA MEDICA SAN MIGUEL; and

(c) Change its corporate name CLINICA MEDICA SAN MIGUEL, INC., to one which is other than CLINICA MEDICA SAN MIGUEL.

6. The terms of this agreement shall not prevent DEFENDANT from operating a medical clinic or similar business using the prefix "Clinica Medica" other than "Clinica Medica San Miguel."

The above terms are in full and final settlement of this action as to PLAINTIFF'S Complaint against DEFENDANT, with no admission of liability, and except as specified herein this judgment is to have no effect whatsoever except in settlement of this case as to PLAINTIFF'S Complaint against DEFENDANT.

Except as specified herein, each side is to bear their own costs and attorneys' fees.

This offer is made without any admission of liability by DEFENDANT on any claim in this litigation.

IT IS SO ORDERED.

Dated: March 12, 2014

_David O. Carter_
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

/s/

Dated:  March 12, 2014        By: _____
PAUL D. SUPNIK
Attorney for all Plaintiffs

4
JUDGEMENT